**U.S. Probation and Pretrial Services**
# MEMORANDUM

DATE: January 7, 2014

TO: The Honorable Peter J. Messitte
Senior, United States District Judge

FROM: Jessica Turro
U.S. Probation Officer

SUBJECT: COFIELD, Earl
Docket No.: 8:05CR00179-001
Expiration Date: 05/05/2014

On June 6, 2006, the above-named individual appeared before Your Honor for sentencing on Distribution of 500 grams or more of a mixture or substance containing a detectable amount of cocaine. He was committed to the custody of the Bureau of Prisons for 53 months, $100 special assessment and 4 years supervised release. Special conditions of supervision: 1) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, 2) The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer. Mr. Cofield's financial obligations were paid in full on February 11, 2008.

Mr. Cofield currently resides in Washington, DC and therefore is being supervised in the District of Columbia. According to his probation officer, Mr. Cofield maintains a stable residence and is gainfully employed with Caribbean Cargo as a laborer.

Mr. Cofield is requesting permission for foreign travel. He wants to travel with his girlfriend to Trinidad from February 1, 2014 to February 17, 2014. Our office has no objections to international travel in this case. Mr. Cofield has a passport, which will allow him entry to Trinidad.

Assistant United States Attorney David Salem has been contacted and has no objection to this travel. Please indicate Your Honor's approval or disapproval below.

**PERMISSION FOR FOREIGN TRAVEL**

✓ Approved

_____ Disapproved

Comments:

Peter J. Messitte          Date: 1/9/14
Senior, United States District Judge